```
 1
 2
 3
 4
 5
 6
 7
 8
 9                        IN THE UNITED STATES DISTRICT COURT
10                      FOR THE EASTERN DISTRICT OF CALIFORNIA
11
12
13   LOREN ROBINSON,                          1:06-CV-0547 OWW LJO P
14              Plaintiff,
15        vs.
16   S. CERVANTES, et al.,
17
18              Defendants.                   ORDER TRANSFERRING CASE
19   _____/
```

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983.

In his complaint, plaintiff alleges violations of his civil rights by defendants. The alleged violations took place in Solano County which is part of the Sacramento Division of the United States District Court for the Eastern District of California. Therefore, the complaint should have been filed in the Sacramento Division.

Pursuant to Local Rule 3-120(b), a civil action which has not been commenced in the proper court may, on the court's own motion, be transferred to the proper court. Therefore, this action will be transferred to the Sacramento Division.

1    Good cause appearing, IT IS HEREBY ORDERED that:

2    1.  This action is transferred to the United States district Court for the Eastern district of
3    California sitting in Sacramento; and
4    2.  All future filings shall refer to the new Sacramento case number assigned and shall be filed
5    at:

6
7    United States District Court
     Eastern District of California
     501 "I" Street, Suite 4-200
8    Sacramento, CA 95814
     IT IS SO ORDERED.
9
     **Dated:   May 24, 2006**              /s/ Lawrence J. O'Neill
10   b9ed48                          UNITED STATES MAGISTRATE JUDGE